1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   **20MJ9440** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Ismael ORTEGA | Importation of a Controlled Substance (Felony) |
| Defendant. | |

10
11
12
13
14
15
16
17

The undersigned complainant being duly sworn states:

On or about July 14, 2020, within the Southern District of California, defendant, Ismael ORTEGA, did knowingly and intentionally import 500 grams and more, to wit: approximately 2.89 kilograms (6.4 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

18
19
20
21
22
23
24
25
26
27
28

1    The complainant states that this complaint is based on the attached Statement of

2  Facts, incorporated herein by reference.

3

4

5                              Special Agent Jonathan Creiglow

6                              Homeland Security Investigations

7

8

9    Sworn and attested to under oath by telephone, in accordance with Federal Rule of

10  Criminal Procedure 4.1, this 15th day of July, 2020.

11

12

13                              HON. RUTH BERMUDEZ MONTENEGRO

14                              U. S. MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNIED STATES OF AMERICA

     v.

ISMAEL ORTEGA

### STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Jonathan Creiglow.

On July 14, 2020, at approximately 12:30 p.m., Ismael ORTEGA (ORTEGA), a United States Citizen, applied for entry into the United States from Mexico at the Calexico, California West Port of Entry pedestrian lanes.  U.S. Customs and Border Protection Officer (CBPO) J. Jones was performing pre-primary inspection using his Narcotics/Human Detection Dog (NHDD) when it alerted to ORTEGA, indicating the possible presence of narcotics.  CBPO Jones performed a pat down of ORTEGA and felt two packages strapped to his legs.  CBPO Jones reported that he obtained a "negative customs declaration," which means ORTEGA indicated he was not bringing into the U.S. any foreign articles from abroad.

CBPO J. Garcia escorted ORTEGA to secondary inspection where he also obtained a negative customs declaration.  CBPO Garcia performed a search of ORTEGA and found two packages strapped to his legs.  A CBPO field-tested the substance inside the packages, which resulted positive for the properties of methamphetamine.  The packages had a total weight of approximately 2.89 kilograms (6.4 pounds) of methamphetamine.

1    ORTEGA was placed under arrest and charged with a violation of Title 21, United

2  States Code sections 952 and 960 for Importation of a Controlled Substance.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28